IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN MICHAEL JORDE,

                 Petitioner,

    vs.

STATE OF NEBRASKA DIRECTOR
ROBERT JEFFERYS,

                Respondent.

**8:23CV569**

**MEMORANDUM AND ORDER**

On January 22, 2024, the Court directed Petitioner Austin Michael Jorde to pay the filing fee or submit a motion to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 3. To date, Petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis, and the time in which to do so has passed.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 15th day of July, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge